MORGAN ET AL., APPELLANTS, *v.* DRYWALL HAULERS, INC. ET AL., APPELLEES.

[Cite as *Morgan v. Drywall Haulers, Inc.* (1996), 75 Ohio St.3d 1221.]

(No. 95-2590—Submitted April 15, 1996—Decided June 19, 1996.)

*Holbrock, Jonson, Evans & Olivas* and *Timothy R. Evans,* for appellants.

*Scheper & McGowan* and *James H. Scheper,* for appellees.

The cause is before the court on a motion for discretionary appeal. The motion is denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

MOYER, C.J., COOK and STRATTON, JJ., concur separately.

COOK, J., concurring.  Disciplinary Counsel should investigate the professional conduct of attorney Richard Hadden in this case.

MOYER, C.J., and STRATTON, J., concur in the foregoing concurring opinion.